UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX BORJAS,<br><br>          Petitioner,<br><br>     v.<br><br>MICHAEL BENOV, Warden,<br><br>          Respondent. | NO. SA CV 08-0454 AHS (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: MAY - 5 2008

_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE